JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA FORSTER, | Case No. SACV 10-0690-CJC (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| SANDRA HUTCHENS, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed without prejudice.

DATED: July 21, 2010

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE